## United States District Court for the Northern District of Illinois

Case Number: 08CV3434                    Assigned/Issued By: DAJ

Judge Name:                              Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP        ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
☐ Citation to Discover Assets            (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__1__ Original and __0__ copies on __07/11/08__ as to __CITY OF CHICAGO__
                                    (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05